# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2024 KW 0871

VERSUS

LLOYD JOSEPH WEYSHAM

**DECEMBER 4, 2024**

---

In Re:   Lloyd Joseph Weysham, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 592144.

---

**BEFORE:   WOLFE, MILLER, AND GREENE, JJ.**

**WRIT DENIED.**

**EW**
**SMM**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT